ANDREA T. MARTINEZ, United States Attorney (#9313)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORTNEY SAMUEL VALENTINE<br>a/k/a CORTNEY SAMUEL AMSTUTZ,<br><br>Defendant. | Case No:<br><br>FELONY INFORMATION<br><br>Counts 1-2: 18 U.S.C. § 1014 (False Statements in Loan and Credit Applications) |

The United States Attorney alleges:

### Count 1
### 18 U.S.C. § 1014
### (False Statements in Loan and Credit Application)

1.  On or about April 4, 2020, in the District of Utah and elsewhere,

**CORTNEY SAMUEL VALENTINE**,

defendant herein, knowingly made and caused to be made a false statement listed below for the purpose of influencing the action of Wasatch Peaks Credit Union ("WPCU"), the deposits of which were then federally insured, in connection with a Paycheck Protection Program ("PPP") loan application for his business CNV INVESTMENTS, INC for approximately $68,100, in that defendant VALENTINE falsely stated and caused to be falsely stated:

    a.   Defendant VALENTINE, as 100% owner of CNV INVESTMENTS, INC, had no ownership in any other business; when in fact, he was 100% owner of the business CC&A OF UTAH INC;

    b.   Defendant VALENTINE, as 100% owner of CNV INVESTMENTS, INC, had not been convicted of a felony within the last five years; when in fact, he had been convicted of a federal felony on May 13, 2016; and

    c.   Defendant VALENTINE, as 100% owner of CNV INVESTMENTS, INC, was not on probation or parole; when in fact, he was on federal supervised release.

All in violation of 18 U.S.C. § 1014.

## Count 2
## 18 U.S.C. § 1014
## (False Statements in Loan and Credit Application)

2.    On or about April 8, 2020, in the District of Utah and elsewhere,

**CORTNEY SAMUEL VALENTINE**,

defendant herein, knowingly made and caused to be made a false statement listed below for the purpose of influencing the action of Mountain America Credit Union ("MACU"), the deposits of which were then federally insured, in connection with a PPP loan application for his business CC&A OF UTAH INC for approximately $41,600, in that defendant VALENTINE falsely stated and caused to be falsely stated:

    a.   Defendant VALENTINE, as 100% owner of CC&A OF UTAH INC, had no ownership in any other business; when in fact, he was 100% owner of the business CNV INVESTMENTS, INC;

    b.   Defendant VALENTINE, as 100% owner of CC&A OF UTAH INC, had not been convicted of a felony within the last five years; when in fact, he had been convicted of a federal felony on May 13, 2016; and

    c.   Defendant VALENTINE, as 100% owner of CC&A OF UTAH INC, was not on probation or parole; when in fact, he was on federal supervised release.

All in violation of 18 U.S.C. § 1014.

          ANDREA T. MARTINEZ
          United States Attorney

          */s/ Jacob J. Strain*

          JACOB J. STRAIN
          Assistant United States Attorneys